**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/18/2022

IN RE:

WILLIAM M. ROLLEY
TRACEY LYNN ROLLEY
319 DREXEL DRIVE
MONROEVILLE, PA  15146
XXX-XX-1150          Debtor(s)

XXX-XX-8772

Case No.20-20228 CMB

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/18/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim | Court Claim | INT % | Claim | Cred Desc | Account No. | Comment |
|---|---|---|---|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | 1 |  | 0.00% | 0.00 | NOTICE ONLY | 9374 | LOWES/PRAE |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA 15219 | 2 |  | 0.00% | 0.00 | NOTICE ONLY |  | DUQ LITE/PRAE |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | 3 | 36-2 | 0.00% | 0.00 | MORTGAGE REGULAR PAYMEN[T] | 8094 | CL36GOV*1029.52/PL*DK4PMT-LMT*BGN 2/20 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | 4 | 3 | 0.00% | 11,825.41 | UNSECURED CREDITOR | 4470 |  |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | 5 | 20-2 | 0.00% | 1,984.26 | UNSECURED CREDITOR | 8500 | BARCLAYS*AMD |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | 6 | 21-2 | 0.00% | 2,390.80 | UNSECURED CREDITOR | 6904 | BARCLAYS*AMD |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | 7 | 10 | 0.00% | 4,831.37 | UNSECURED CREDITOR | 2722 | CAP 1 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | 8 | 8 | 0.00% | 606.05 | UNSECURED CREDITOR | 2881 |  |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 9 | 7 | 0.00% | 923.52 | UNSECURED CREDITOR | 5461 | CITIBANK |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 10 | 5 | 0.00% | 1,682.92 | UNSECURED CREDITOR | 3356 | CITIBANK |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **CITIZENS BANK NA\*\***<br>ONE CITIZENS BANK WAY JCA115<br><br>JOHNSTON, RI 02919 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:19<br><br>CLAIM: 5,173.37<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1244 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:31<br><br>CLAIM: 675.98<br>COMMENT: CREDIT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4291 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:30<br><br>CLAIM: 2,951.24<br>COMMENT: CREDT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8584 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 3,481.77<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7757 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 1,301.95<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1340 |
| **HSBC BANK USA NA**<br>ATTN BUSINESS SERVICES<br>2929 WALDEN AVE C17<br><br>DEPEW, NY 14043 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:34<br><br>CLAIM: 3,966.97<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1728 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:32<br><br>CLAIM: 5,611.11<br>COMMENT: COMENITY\*JARED | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1742 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 592.67<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8364 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 8,466.84<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9565 |
| **LENDING CLUB CORP\***<br>3440 FLAIR DR<br>LOCKBOX SERVICES #0134268<br><br>EL MONTE, CA 91731 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:38<br><br>CLAIM: 18,838.04<br>COMMENT: DFCTV /CT\*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3531 |

| Creditor | Trustee/Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PCA ACQUISITIONS V LLC**<br>C/O PHILLIPS & COHEN ASSOCIATES LTD - SVC<br>1002 JUSTISON ST<br>WILMINGTON, DE 19801 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 13 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9374 | CLAIM: 2,274.42<br>COMMENT: LOWES*SYNCHRONY |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8772 | CLAIM: 254.13<br>COMMENT: MAGEE WMNS HSPTL |
| **RBS CITIZENS NA(*)**<br>1 CITIZENS DRIVE<br>MAILSTOP ROP15B<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **PCA ACQUISITIONS V LLC**<br>C/O PHILLIPS & COHEN ASSOCIATES LTD - SVC<br>1002 JUSTISON ST<br>WILMINGTON, DE 19801 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5979 | CLAIM: 1,014.89<br>COMMENT: SYNCHRONY*AMAZON |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 23 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8157 | CLAIM: 1,116.10<br>COMMENT: SYNCHRONY*CARE CREDIT*REF 3537565880 |
| **PCA ACQUISITIONS V LLC**<br>C/O PHILLIPS & COHEN ASSOCIATES LTD - SVC<br>1002 JUSTISON ST<br>WILMINGTON, DE 19801 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 11 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0444 | CLAIM: 2,738.66<br>COMMENT: JCP*SYNCHRONY |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3847 | CLAIM: 4,413.69<br>COMMENT: SYNCHRONY*WALMART*NTWK/SCH |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 27 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4948 | CLAIM: 1,851.84<br>COMMENT: SYNCHRONY*PEP BOYS*REF 3537510962 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 26 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3270 | CLAIM: 1,061.52<br>COMMENT: SYNCHRONY*QVC* REF 3537633763 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 22 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3936 | CLAIM: 7,290.13<br>COMMENT: SYNCHRONY*SAMS CLUB*REF 3537555261 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:25<br><br>CLAIM:  2,013.48<br>COMMENT:  SYNCHRONY*SCORE RWRDS*REF 3537635063 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3516 |
| **PCA ACQUISITIONS V LLC**<br>C/O PHILLIPS & COHEN ASSOCIATES LTD - SVCR<br>1002 JUSTISON ST<br><br>WILMINGTON, DE  19801 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  2,590.25<br>COMMENT:  TJ MAX | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5978 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~WALMART/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:33<br><br>CLAIM:  364.61<br>COMMENT:  COMENITY*VCTRA SCRT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4162 |
| **WAL MART**<br>PO BOX 965022<br><br>ORLANDO, FL  32896 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CLIENT SERVICES**<br>3451 HARRY TRUMAN BLVD<br><br>ST CHARLES, MO  63301-4047 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **NES BANK OF AMERICA**<br>2479 EDISON BLVD UNIT A<br><br>TWINSBURG, PA  44087 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK LEASE TRUST**<br>C/O ALLY SERVICING LLC<br>PAYMENT PROCESSING CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:37<br><br>CLAIM:  28,124.38<br>COMMENT:  CL37GOV AS TIMELY/CONF*750.01x37 MO/PL@ALLY FNCL**NO$/SCH G*LATE | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  6175 |
| **HYUNDAI LEASE TITLING TRUST**<br>PO BOX 20825<br><br>FOUNTAIN VALLEY, CA  92728 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  16,344.90<br>COMMENT:  NO$/SCH G*KIA MTR FNC/SCH*PMT/CL-PL W/ 37 REM MOS/PL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  3130 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  4,340.94<br>COMMENT:  NT/SCH*CITIBANK*SEARS*STALE~LTR DONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3925 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 41 INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 580.03<br>COMMENT: NT/SCH*1ST BNK OF DL*TRIBUTE MC*STALE~LTR DONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2904 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 42 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENNYMAC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 43 INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 8,019.38<br>COMMENT: NT/SCH*SYNCHRONY*JCP MC*REF 3537547420 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7729 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 44 INT %: 0.00%<br>Court Claim Number: 28<br>CLAIM: 4,592.88<br>COMMENT: NT/SCH*SYNCHRONY HOME*REF 3537506669 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4840 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 45 INT %: 0.00%<br>Court Claim Number: 29<br>CLAIM: 190.00<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 46 INT %: 0.00%<br>Court Claim Number: 35<br>CLAIM: 110.17<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4172 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | Trustee Claim Number: 47 INT %: 0.00%<br>Court Claim Number: 36-2<br>CLAIM: 1,109.15<br>COMMENT: CL36GOV*$0ARRS/PL*THRU 1/20*AMD | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8094 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 48 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ALLY BANK LEASE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |