## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| William M. Rolley | ) | Case No. 20-20228 CMB |
| Tracey Lynn Rolley | ) | |
| Debtor(s) | ) | Chapter 13 |
| _____X | | |
| William M. Rolley | ) | |
| | ) | |
| Movant(s), | ) | Related to Doc No. 48 |
| - vs. - | ) | |
| Boehmer Heating & Cooling Inc. | ) | |
| | ) | |
| Respondents. | ) | |
| _____X | | |

### CERTIFICATE OF SERVICE REGARDING WAGE ORDER ALONG WITH LOCAL BANKRUPTCY FORM 12

I certify that I served a true and correct copy of the Order to Pay Trustee Pursuant to Wage Attachment along with a completed Local Bankruptcy Form 12 on each party listed below by first-class US Mail on (date) April 4, 2022

Boehmer Heating & Cooling Inc.
300 Hargrove Street
Pittsburgh, PA 15226

EXECUTED ON:  April 4, 2022

Filed by: /s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA I.D. 72116
Nicotero & Lowden Legal Services
3948 Monroeville Blvd., Ste 2
Monroeville, PA 15146
niclowlgl@comcast.net
(412) 374-7161