**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE ) | | |
| William M. Rolley ) | | Case No. 20-20228 CMB |
| Tracey Lynn Rolley ) | | |
|    Debtor(s) ) | | Chapter 13 |
| _____X | | |
| Tracey Lynn Rolley ) | | |
| ) | | |
|    Movant(s), ) | | Related to Doc No. 49 |
|    - vs. - ) | | |
| Magee Women's Hospital of UPMC ) | | |
| ) | | |
|    Respondents. ) | | |
| _____X | | |

**CERTIFICATE OF SERVICE REGARDING WAGE ORDER ALONG WITH LOCAL BANKRUPTCY FORM 12**

    I certify that I served a true and correct copy of the Order to Pay Trustee Pursuant to Wage Attachment along with a completed Local Bankruptcy Form 12 on each party listed below by first-class US Mail on (date) April 4, 2022

Magee Women's Hospital of UPMC
600 Grant Street, Floor 56
Pittsburgh, PA 15219


EXECUTED ON:  April 4, 2022

                                        Filed by: /s/ Scott R. Lowden
                                                Scott R. Lowden, Esq.
                                                PA I.D. 72116
                                                Nicotero & Lowden Legal Services
                                                3948 Monroeville Blvd., Ste 2
                                                Monroeville, PA 15146
                                                niclowlgl@comcast.net
                                                (412) 374-7161