IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 20-20228 CMB |
| | ) | |
| William M. Rolley | ) | |
| Tracey Lynn Rolley | ) | Chapter 13 |
|     Debtor(s) | ) | |
| William M. Rolley | ) | Related to Doc. No. 41 |
| Tracey Lynn Rolley | ) | |
|     Movant(s) | ) | |
|     vs. | ) | Hearing: 4/26/22 at 11:00 AM |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent(s) | ) | |

## CERTIFICATION OF NO RESPONSE REGARDING DEBTOR'S MOTION TO RESERVE PAYMENT OF TRUSTEE HELD FUNDS TO NONPRIORITY UNSECURED CLAIMS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Motion/Application* filed on March 18, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the *Motion* appears thereon. Pursuant to the *Notice of Hearing with Response Deadline*, responses to the *Motion/Application* were to be filed and served no later than April 4, 2022.

It is hereby respectfully requested that the Order attached to the *Motion/Application* be entered by the Court.

Dated:  April 5, 2022

                                                                                 /s/ Scott R. Lowden
                                                                                 Scott R. Lowden, Esq.
                                                                                 Nicotero & Lowden, PC
                                                                                 3948 Monroeville Blvd., Ste 2
                                                                                 Monroeville, PA 15146
                                                                                 (412) 374-7161
                                                                                 niclowlgl@comcast.net
                                                                                 PA. ID 72116