IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 20-20228 CMB |
| William M. Rolley | ) | |
| Tracey Lynn Rolley | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| William M. Rolley | ) | |
| Tracey Lynn Rolley | ) | |
| Movant(s) | ) | |
| v. | ) | Document No.   41 |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| Respondent(s) | ) | |

**ENTERED BY DEFAULT**

**ORDER OF COURT**

**AND NOW,** this ____5th____ day of _____April_____, 2022, upon consideration

of the Debtor's Motion, it is hereby **ORDERED, ADJUDGED and DECREED** that the

Trustee reserve the payment of funds to nonpriority unsecured creditors.

Carlota M. Böhm                                                                    dmk
Chief United States Bankruptcy Court Judge

FILED
4/5/22 11:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                   Case No. 20-20228-CMB

William M. Rolley                                                                              Chapter 13

Tracey Lynn Rolley

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 05, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2022:**

**Recip ID**      **Recipient Name and Address**
db/jdb        + William M. Rolley, Tracey Lynn Rolley, 319 Drexel Drive, Monroeville, PA 15146-1511

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2022               Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas
      on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Keri P. Ebeck
      on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
      cmecf@chapter13trusteewdpa.com

Scott R. Lowden
      on behalf of Joint Debtor Tracey Lynn Rolley niclowlgl@comcast.net

Scott R. Lowden
      on behalf of Debtor William M. Rolley niclowlgl@comcast.net

District/off: 0315-2                                    User: auto                                    Page 2 of 2
Date Rcvd: Apr 05, 2022                          Form ID: pdf900                          Total Noticed: 1
TOTAL: 6