IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 20-20228 CMB |
| William M. Rolley | ) | |
| Tracey Lynn Rolley | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| William M. Rolley | ) | |
| Tracey Lynn Rolley | ) | |
| Movant(s) | ) | |
| v. | ) | |
| | ) | |
| Ronda Winnecour, Trustee | ) | |
| | ) | |
| Respondent(s) | ) | |

**<u>CONSENT ORDER</u>**

It is hereby agreed, by and among the debtors, by Scott R. Lowden, Esq., counsel for the debtors, and Ronda Winnecour, Chapter 13 Trustee as follows:

1. The debtor's Amended Chapter 13 Plan dated March 24, 2022, was confirmed on a final basis by Order of Court (DN 60). The Order provided, under provision K. that the base includes $28,000 representing an amount for replacement vehicles.

2. The debtor's lease with Hyundai Lease Titling Trust for a 2019 Kia Sportage terminates in February 2023 at a current monthly payment in the amount of $454.03.

3. The debtor's lease with Ally Bank Lease Trust for a 2019 Dodge Ram terminates in March 2023 at a current monthly payment in the amount of $750.01.

4. It is necessary for the debtors to explore their options in advance of the termination dates so that there is no disruption in obtaining replacement vehicles.

5. By Consent Order (DN 68), the debtors are approved to obtain a replacement vehicle for the 2019 Kia Sportage with a motor vehicle loan for no more than

$25,000.00, with a monthly payment of no more than $500.00, and an interest rate not to exceed 21%, or to buyout the lease within the same terms.

6. By Consent Order (DN 68) the debtors are approved to obtain a replacement vehicle for the 2019 Dodge Ram with a motor vehicle loan for no more than $25,000, with a monthly payment of no more than $550.00, and an interest rate not to exceed 21%. The debtors are approved to buyout the lease for the maximum amount of $33,000.00, a payment of no more than $550.00 per month, and an interest rate not to exceed 21%.

7. The parties agree that the debtors may obtain a loan from William Rolley's 401(k) plan at the maximum amount of $40,000 at 5% interest for the purchase of replacement vehicles (in lieu of the authorization under the prior financing orders which are deemed vacated by this Order).

8. The parties agree that repayment of the debtor's 401(k) loan by payroll deduction will reduce disposable income and therefore the debtor's Chapter 13 plan payment, provided further they agree the reduction in the Chapter 13 Plan payments shall be no more than $1,050.00 per month. The Debtors will file a report of financing and an amended Schedule I and J within 30 days of the financing. Debtor will also, within the same 30 day period, file an amended plan or stipulated order to reflect the fact that the 401(k) loan will be paid by payroll deduction and to terminate all provisions regarding the payment of auto financing under the plan.

9. The parties agree that the amended plan or Stipulated Order Modifying Plan shall provide for the distribution to unsecured creditors in the amount no less than

$10,368.03, per provision K, of the Order of Court (DN 60) regarding confirmation of the Amended Chapter 13 plan dated March 24, 2022 on a final basis.

So ORDERED, this __30th__, day of __January__, 20_23_.

Carlota M. Böhm
United States Bankruptcy Judge

FILED
1/30/23 3:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to:

/s/ Scott R. Lowden
Scott R. Lowden, Esquire
PA ID 72116
Nicotero & Lowden, PC
3948 Monroeville Blvd., Ste 2
Monroeville, PA 15146
lowdenscott@gmail.com
 (412) 292-4254
Attorney for Debtor


/s/   Owen Katz
Owen Katz, Esq.
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
Attorney for Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William M. Rolley  
Tracey Lynn Rolley  
    Debtors

Case No. 20-20228-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 30, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William M. Rolley, Tracey Lynn Rolley, 319 Drexel Drive, Monroeville, PA 15146-1511 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Joint Debtor Tracey Lynn Rolley niclowlgl@comcast.net |
| Scott R. Lowden | |

District/off: 0315-2    User: auto    Page 2 of 2
Date Rcvd: Jan 30, 2023    Form ID: pdf900    Total Noticed: 1

on behalf of Debtor William M. Rolley niclowlgl@comcast.net

TOTAL: 6