IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 20-20228 CMB |
| William M. Rolley | ) | |
| Tracey Lynn Rolley | ) | |
| Debtor(s) | ) | |
| | ) | Chapter 13 |
| William M. Rolley | ) | |
| Tracey Lynn Rolley | ) | |
| Movant(s) | ) | |
| v. | ) | Related to Document No. 71 |
| | ) | |
| Ronda Winnecour, Trustee | ) | |
| | ) | |
| Respondent(s) | ) | |

## CONSENT ORDER

It is hereby agreed, by and among the debtors, by Scott R. Lowden, Esq., counsel for the debtors, and Ronda Winnecour, Chapter 13 Trustee as follows:

WHEREAS, the Court entered Consent Order at Doc. 71, authorizing a loan from William Rolley's 401(k) plan at the maximum amount of $40,000 at 5% interest for the purchase of replacement vehicles,

WHEREAS, the loan offered and accepted from William Rolley's 401(k) plan turned out to be in the amount of $35,641.91 at 9.5% interest,

NOW THEREFORE, the parties agree that the loan of $35,641.91 at 9.5% interest is authorized, and the balance of the order at Doc 71 remains in full force and effect.

So ORDERED, this __14th__ , day of __February__ , 20 __23__ .

_____
U.S. Bankruptcy Judge

FILED
2/14/23 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to:

/s/ Scott R. Lowden
Scott R. Lowden, Esquire
PA ID 72116
Nicotero & Lowden, PC
3948 Monroeville Blvd., Ste 2
Monroeville, PA 15146
lowdenscott@gmail.com
(412) 292-4254
Attorney for Debtor


/s/  Owen Katz
Owen Katz, Esq.
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
Attorney for Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William M. Rolley  
Tracey Lynn Rolley  
    Debtors

Case No. 20-20228-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2  
Date Rcvd: Feb 14, 2023    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William M. Rolley, Tracey Lynn Rolley, 319 Drexel Drive, Monroeville, PA 15146-1511 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2023      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Joint Debtor Tracey Lynn Rolley niclowlgl@comcast.net |
| Scott R. Lowden | |

District/off: 0315-2     User: auto     Page 2 of 2

Date Rcvd: Feb 14, 2023     Form ID: pdf900     Total Noticed: 1

on behalf of Debtor William M. Rolley niclowlgl@comcast.net

TOTAL: 6