IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ) | | Bankruptcy No. 20-20228 CMB |
| ) | | |
| William M. Rolley ) | | |
| Tracey Lynn Rolley ) | | Chapter 13 |
|     Debtor(s). ) | | |
| William M. Rolley ) | | |
| Tracey Lynn Rolley ) | | Related to:  Document No. 80 |
|     Movant(s), ) | | |
| ) | | |
| No Respondent ) | | |
|     Respondent(s) ) | | |

**<u>CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY</u>**

Notice is hereby given that, subject to approval by the court, William M. Rolley and Tracey Lynn Rolley hereby substitutes Scott R. Lowden, Esq., 100 Heathmore Avenue, Pittsburgh PA 15227, State Bar No. PA I.D. 72116 as counsel of record in place of Scott R. Lowden, Esq., Nicotero & Lowden, P.C., 3948 Monroeville Blvd., Suite 2, Monroeville, PA 15146.

Contact information for new counsel is as follows:

    Firm Name: Scott R. Lowden, Esq.

    Address: 100 Heathmore Avenue, Pittsburgh, PA 15227

    Telephone: (412) 292-4254

    E-Mail:  lowdenscott@gmail.com

I consent to the above substitution and hereby assign all remaining, unpaid and future legal fees to be paid to Scott R. Lowden, Esq. as of the date of this order, and direct the Trustee to remit such fees to Scott R. Lowden, Esq., and to terminate the distribution of fees to Nicotero & Lowden, PC.  The terms of the new representation shall be identical to

the terms of the original retainer agreement with Nicotero & Lowden, PC., assigning all rights and obligations from Nicotero & Lowden, PC to Scott R. Lowden, Esq.

/s/ William M. Rolley
William M. Rolley, Debtor

/s/ Tracey L. Rolley
Tracey L. Rolley, Joint Debtor

The law firm of Nicotero & Lowden, PC consents to being substituted and hereby assign all remaining, unpaid and future legal fees to be paid to Scott R. Lowden, Esq. as of the date of this order, and direct the Trustee to remit such fees to Scott R. Lowden, Esq., and to terminate the distribution of fees to Nicotero & Lowden, PC.    The terms of the new representation shall be identical to the terms of the original retainer agreement with Nicotero & Lowden, PC., assigning all rights and obligations from Nicotero & Lowden, PC to Scott R. Lowden, Esq.

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
Nicotero & Lowden, PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146
PA ID 72116

/s/ Joseph F. Nicotero
Joseph Nicotero, Esq.
Nicotero & Lowden, PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146
PA ID

Scott R. Lowden, Esq., consents to the above substitution and agrees that all remaining, unpaid and future legal fees to be paid to Scott R. Lowden, Esq. as of the date of this order, and direct the Trustee to remit such fees to Scott R. Lowden, Esq., and to terminate the distribution of fees to Nicotero & Lowden, PC.  The terms of the new representation shall be identical to the terms of the original retainer agreement with Nicotero & Lowden, PC., assigning all rights and obligations from Nicotero & Lowden, PC to Scott R. Lowden, Esq.

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
100 Heathmore Avenue
Pittsburgh, PA 15227
lowdenscott@gmail.com
(412) 292-4254

PA ID 72116

The Trustee consents to the above substitution and agrees to assign all remaining, unpaid and future legal fees to be paid to Scott R. Lowden, Esq. as of the date of this order, and to remit such fees to Scott R. Lowden, Esq., at 100 Heathmore Avenue, Pittsburgh, PA 15227, and to terminate the distribution of fees to Nicotero & Lowden, PC.

s/ Ronda Winnecour
Ronda Winnecour, Esq.
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

The substitution of attorney is hereby approved and so Ordered, this __24th__, day of __February__, 2023

Carlota M. Böhm
United States Bankruptcy Judge

FILED
2/24/23 12:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA