IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 20-20228 CMB |
| ) | |
| William M. Rolley ) | |
| Tracey Lynn Rolley ) | Chapter 13 |
| Debtor(s). ) | |
| William M. Rolley ) | |
| Tracey Lynn Rolley ) | Related to: Document Nos. 77 and 79 |
| Movant(s), ) | |
| ) | |
| No Respondent ) | |
| Respondent(s) ) | |

**ORDER OF COURT**

AND NOW, this 24th day of February, 2023, **IT APPEARING TO THE COURT** that the Movants have filed a Motion to Withdraw the Certification of Counsel Regarding Consent Order Granting Substitution of Attorney regarding Doc. #77 in the above-captioned bankruptcy case;

**IT IS HEREBY ORDERED** that **Doc. #77 – Certification of Counsel Regarding Consent Order Granting Substitution of Counsel** filed by the Debtors on February 20, 2023, **IS DENIED AS WITHDRAWN.**

_____
Carlota M. Böhm    glb
United States Bankruptcy Judge

FILED
2/24/23 12:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20228-CMB |
| William M. Rolley | Chapter 13 |
| Tracey Lynn Rolley | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William M. Rolley, Tracey Lynn Rolley, 319 Drexel Drive, Monroeville, PA 15146-1511 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Joint Debtor Tracey Lynn Rolley niclowlgl@comcast.net |
| Scott R. Lowden | |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Feb 24, 2023     Form ID: pdf900     Total Noticed: 1

on behalf of Debtor William M. Rolley niclowlgl@comcast.net

TOTAL: 6