IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 20-20228 CMB |
| William M. Rolley | ) | |
| Tracey Lynn Rolley | ) | |
| Debtor(s) | ) | |
| William M. Rolley | ) | Chapter 13 |
| Tracey Lynn Rolley | ) | |
| Movant(s) | ) | |
| v. | ) | Docket No. |
| | ) | |
| No Respondent | ) | Related to Doc No. 82 - 88 |
| | ) | |
| Respondent(s) | ) | |

**CERTIFICATE OF SERVICE REGARDING AMENDED SCHEDULES I AND J ALONG WITH ORDER**

I, Scott R. Lowden, Esq., certify under penalty of perjury that I served the above captioned Amended Schedules and Order on the parties at the addresses on the attached matrix, on March 7, 2023 by US Postal Service First Class Mail or Electronic Means.

EXECUTED ON: March 7, 2023

By: /s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA I.D. 72116
100 Heathmore Ave.
Pittsburgh, PA 15227
(412) 292-4254
lowdenscott@gmail.com

Served Via US Postal Service First-class Mail:

| | |
|---|---|
| Ronda Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>cmecf@chapter13trusteewdpa.com | Office of the US Trustee<br>Liberty Center<br>1001 Liberty Ave., Suite 970<br>Pittsburgh, PA 15222<br>ustpregion03.pi.ecf@usdoj.gov |