IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-20228 CMB |
| William M. Rolley | : | |
| Tracey Lynn Rolley | : | |
|     Debtor(s) | : | |
| Tracey Lynn Rolley | : | Chapter 13 |
|     Movant(s) | : | |
| | : | Related to Document No. 91 |
| v. | : | |
| Magee Women's Hospital of UPMC | : | |
| | : | |
|     Respondent(s) | : | |

**CERTIFICATE OF SERVICE REGARDING WAGE ORDER ALONG WITH LOCAL BANKRUPTCY FORM 12**

    I certify that I served a true and correct copy of the Order to Pay Trustee Pursuant to Wage Attachment along with a completed Local Bankruptcy Form 12 on each party listed below by first-class US Mail on (date) March 7, 2023

Magee Women's Hospital of UPMC
Attn: Payroll Manager
600 Grant St., Floor 56
Pittsburgh, PA 15219


EXECUTED ON:  March 7, 2023

                                                                                                           /s/ Scott R. Lowden
                                                                                                           Scott R. Lowden, Esq.
                                                                                                           PA I.D. 72116
                                                                                                           100 Heathmore Ave.
                                                                                                           Pittsburgh, PA 15227
                                                                                                           lowdenscott@gmail.com
                                                                                                           (412) 292-4254