IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                      )        Bankruptcy No. 20-20228 CMB
                                            )
William M. Rolley                           )        Chapter 13
Tracey Lynn Rolley                          )
                    Debtor(s)               )
                                            )        Related to:  Document No. 94
William M. Rolley                           )
                    Movant(s)               )
vs.                                         )
Boehmer Heating & Cooling Inc.              )
                                            )
                    Respondent(s)           )

CONSENT ORDER OF COURT

This ___8th___ day of _____March_____, 2023, IT IS ORDERED that the

Order to Pay Trustee regarding the employer **Boehmer Heating & Cooling Inc.** is

hereby terminated.

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA ID 72116
100 Heathmore Ave.
Pittsburgh, PA 15227
lowdenscott@gmail.com
(412) 292-4254

/s/ James Warmbrodt
James Warmbrodt, Esq.
Attorney for the Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Carlota M. Böhm
glb
Carlota M. Böhm
United States Bankruptcy Judge

FILED
3/8/23 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                          Case No. 20-20228-CMB

William M. Rolley                                               Chapter 13

Tracey Lynn Rolley

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                              Page 1 of 1

Date Rcvd: Mar 08, 2023                       Form ID: pdf900                         Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | William M. Rolley, 319 Drexel Drive, Monroeville, PA 15146-1511 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 4