## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 20-20228 CMB |
| William M. Rolley, and | : | |
| Tracey Lynn Rolley | : | Chapter 13 |
| Debtor(s) | : | |
| =============================== | : | Doc No.  105 |
| Scott R. Lowden, Esq., | : | |
| Applicant, | : | |
| v. | : | |
| No Respondent | : | |
| Respondent | : | |

## ENTERED BY DEFAULT
### ORDER OF COURT

AND NOW, this __30th__ day of __May_____, 2023, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $14,087.32, of which $13,915.00 are attorney fees and $172.32 are costs, and that the total previously allowed Attorney's Fees and Costs were $8,515.16.  This award covers the period from 8/12/2022 to 5/10/2023.

Therefore, the Application in its face amount of $5,572.16 for additional compensation for services rendered by Scott R. Lowden, Esq. as Attorney for Debtor(s) are allowed, and the total additional sum of $5,572.16 is to be paid to Scott R. Lowden, Esq as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $300.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between August 12, 2022 and May 10, 2023 in the amount of **$5,500.00** and expenses in the amount of **$72.16** for a total of **$5,572.16**.  The total award of compensation for services to date, is **$13,915.00** and expenses in the amount of **$172.32** for a grand total in the amount of **$14,087.32.**

FILED
5/30/23 2:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
dmk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                      Case No. 20-20228-CMB
William M. Rolley                                                            Chapter 13
Tracey Lynn Rolley
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                         User: auto                                              Page 1 of 2
Date Rcvd: May 30, 2023                           Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William M. Rolley, Tracey Lynn Rolley, 319 Drexel Drive, Monroeville, PA 15146-1511 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2023                         Signature:        _/s/Gustava Winters_____

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Joint Debtor Tracey Lynn Rolley lowdenscott@gmail.com |
| Scott R. Lowden | |

on behalf of Debtor William M. Rolley lowdenscott@gmail.com

TOTAL: 6