Certificate Number: 20611-PAW-DE-039192455

Bankruptcy Case Number: 20-20228



20611-PAW-DE-039192455

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 29, 2024, at 12:06 o'clock PM EST, William M Rolley completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 29, 2024           By:   /s/Consuelo V Gerhardt

                                    Name: Consuelo V Gerhardt

                                    Title: Financial Educator