Certificate Number: 20611-PAW-DE-039192460

Bankruptcy Case Number: 20-20228



20611-PAW-DE-039192460

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 29, 2024, at 5:28 o'clock AM EST, Tracey Lynn Rolley completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: December 29, 2024

By: /s/Consuelo V Gerhardt

Name: Consuelo V Gerhardt

Title: Financial Educator