# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

01/28/2025

IN RE:

| | |
|---|---|
| WILLIAM M. ROLLEY | Case No.20-20228 CMB |
| TRACEY LYNN ROLLEY | |
| 319 DREXEL DRIVE | Chapter 13 |
| MONROEVILLE,  PA  15146 | |
| XXX-XX-1150        Debtor(s) | |

XXX-XX-8772

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/28/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK\*\*** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  9374 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  LOWES/PRAE | |

| | | |
|---|---|---|
| **BERNSTEIN BURKLEY PC** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | |

| | | |
|---|---|---|
| **PENNYMAC LOAN SERVICES LLC** | Trustee Claim Number:3  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| PO BOX 660929 | Court Claim Number:36-2 | ACCOUNT NO.:  8094 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75266-0929 | COMMENT:  PMT/DECL\*DK4PMT-LMT\*BGN 2/20 | |

| | | |
|---|---|---|
| **BANK OF AMERICA NA\*\*** | Trustee Claim Number:4  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:3 | ACCOUNT NO.:  4470 |
| | CLAIM:  11,825.41 | |
| WILMINGTON, DE  19886-5102 | COMMENT: | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:5  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:20-2 | ACCOUNT NO.:  8500 |
| | CLAIM:  1,984.26 | |
| NORFOLK, VA  23541 | COMMENT:  BARCLAYS\*AMD | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:6  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:21-2 | ACCOUNT NO.:  6904 |
| | CLAIM:  2,390.80 | |
| NORFOLK, VA  23541 | COMMENT:  BARCLAYS\*AMD | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:10 | ACCOUNT NO.:  2722 |
| | CLAIM:  4,831.37 | |
| CHARLOTTE, NC  28272-1083 | COMMENT:  CAP 1 | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:8 | ACCOUNT NO.:  2881 |
| | CLAIM:  606.05 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:7 | ACCOUNT NO.:  5461 |
| PO BOX 10587 | | |
| | CLAIM:  923.52 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CITIBANK | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:5 | ACCOUNT NO.:  3356 |
| PO BOX 10587 | | |
| | CLAIM:  1,682.92 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CITIBANK | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **RESURGENT RECEIVABLES LLC** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SERVICES | Court Claim Number:19 | ACCOUNT NO.: 1244 |
| PO BOX 10587 | | |
| | CLAIM: 5,173.37 | |
| GREENVILLE, SC 29603-0587 | COMMENT: NO$/SCH*FR CITIZENS BANK*DOC 113 | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:31 | ACCOUNT NO.: 4291 |
| PO BOX 10587 | | |
| | CLAIM: 675.98 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CREDIT 1 | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:30 | ACCOUNT NO.: 8584 |
| PO BOX 10587 | | |
| | CLAIM: 2,951.24 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CREDT 1 | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:2 | ACCOUNT NO.: 7757 |
| PO BOX 3025 | | |
| | CLAIM: 3,481.77 | |
| NEW ALBANY, OH 43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:1 | ACCOUNT NO.: 1340 |
| PO BOX 3025 | | |
| | CLAIM: 1,301.95 | |
| NEW ALBANY, OH 43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **HSBC BANK USA NA** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN BUSINESS SERVICES | Court Claim Number:34 | ACCOUNT NO.: 1728 |
| 2929 WALDEN AVE C17 | | |
| | CLAIM: 3,966.97 | |
| DEPEW, NY 14043 | COMMENT: | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:32 | ACCOUNT NO.: 1742 |
| | CLAIM: 5,611.11 | |
| KIRKLAND, WA 98083-0788 | COMMENT: COMENITY*JARED | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:17 | ACCOUNT NO.: 8364 |
| PO BOX 15368 | | |
| | CLAIM: 592.67 | |
| WILMINGTON, DE 19850 | COMMENT: | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:16 | ACCOUNT NO.: 9565 |
| PO BOX 15368 | | |
| | CLAIM: 8,466.84 | |
| WILMINGTON, DE 19850 | COMMENT: | |

| | | |
|---|---|---|
| **LENDING CLUB CORP*** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 3440 FLAIR DR | Court Claim Number:38 | ACCOUNT NO.: 3531 |
| LOCKBOX SERVICES #0134268 | | |
| | CLAIM: 18,838.04 | |
| EL MONTE, CA 91731 | COMMENT: DFCTV /CT*DK | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PCA ACQUISITIONS V LLC** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PHILLIPS & COHEN ASSOCIATES LTD - SVCR | Court Claim Number:13 | ACCOUNT NO.: 9374 |
| 1002 JUSTISON ST | | |
| | CLAIM: 2,274.42 | |
| WILMINGTON, DE 19801 | COMMENT: LOWES*SYNCHRONY | |

| | | |
|---|---|---|
| **UPMC HEALTH SERVICES** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:18 | ACCOUNT NO.: 8772 |
| PO BOX 1123 | | |
| | CLAIM: 254.13 | |
| MINNEAPOLIS, MN 55440 | COMMENT: MAGEE WMNS HSPTL | |

| | | |
|---|---|---|
| **RBS CITIZENS NA(*)** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1 CITIZENS DRIVE | Court Claim Number: | ACCOUNT NO.: |
| MAILSTOP ROP15B | | |
| | CLAIM: 0.00 | |
| RIVERSIDE, RI 02915 | COMMENT: | |

| | | |
|---|---|---|
| **PCA ACQUISITIONS V LLC** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PHILLIPS & COHEN ASSOCIATES LTD - SVCR | Court Claim Number:12 | ACCOUNT NO.: 5979 |
| 1002 JUSTISON ST | | |
| | CLAIM: 1,014.89 | |
| WILMINGTON, DE 19801 | COMMENT: SYNCHRONY*AMAZON | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:23 | ACCOUNT NO.: 8157 |
| | CLAIM: 1,116.10 | |
| CHICAGO, IL 60677-2813 | COMMENT: SYNCHRONY*CARE CREDIT*REF 3537565880 | |

| | | |
|---|---|---|
| **PCA ACQUISITIONS V LLC** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PHILLIPS & COHEN ASSOCIATES LTD - SVCR | Court Claim Number:11 | ACCOUNT NO.: 0444 |
| 1002 JUSTISON ST | | |
| | CLAIM: 2,738.66 | |
| WILMINGTON, DE 19801 | COMMENT: JCP*SYNCHRONY | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:15 | ACCOUNT NO.: 3847 |
| | CLAIM: 4,413.69 | |
| NORFOLK, VA 23541 | COMMENT: SYNCHRONY*WALMART*NTWK/SCH | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:27 | ACCOUNT NO.: 4948 |
| | CLAIM: 1,851.84 | |
| CHICAGO, IL 60677-2813 | COMMENT: SYNCHRONY*PEP BOYS*REF 3537510962 | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:26 | ACCOUNT NO.: 3270 |
| | CLAIM: 1,061.52 | |
| CHICAGO, IL 60677-2813 | COMMENT: SYNCHRONY*QVC* REF 3537633763 | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:22 | ACCOUNT NO.: 3936 |
| | CLAIM: 7,290.13 | |
| CHICAGO, IL 60677-2813 | COMMENT: SYNCHRONY*SAMS CLUB*REF 3537555261 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:25 | ACCOUNT NO.:  3516 |
| | CLAIM:  2,013.48 | |
| CHICAGO, IL  60677-2813 | COMMENT:  SYNCHRONY*SCORE RWRDS*REF 3537635063 | |

| | | |
|---|---|---|
| **PCA ACQUISITIONS V LLC** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PHILLIPS & COHEN ASSOCIATES LTD - SVCR | Court Claim Number:14 | ACCOUNT NO.:  5978 |
| 1002 JUSTISON ST | CLAIM:  2,590.25 | |
| WILMINGTON, DE  19801 | COMMENT:  TJ MAX | |

| | | |
|---|---|---|
| **SYNCHRONY BANK**** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 41021 | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~WALMART/SCH | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:33 | ACCOUNT NO.:  4162 |
| | CLAIM:  364.61 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  COMENITY*VCTRA SCRT | |

| | | |
|---|---|---|
| **WAL MART** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 965022 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| ORLANDO, FL  32896 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CLIENT SERVICES** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 3451 HARRY TRUMAN BLVD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| ST CHARLES, MO  63301-4047 | COMMENT: | |

| | | |
|---|---|---|
| **NES BANK OF AMERICA** | Trustee Claim Number:37  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 2479 EDISON BLVD UNIT A | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| TWINSBURG, PA  44087 | COMMENT: | |

| | | |
|---|---|---|
| **ALLY BANK LEASE TRUST**** | Trustee Claim Number:38  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| C/O ALLY SERVICING LLC(*) | Court Claim Number:37 | ACCOUNT NO.:  6175 |
| PAYMENT PROCESSING CENTER* | | |
| PO BOX 660618 | CLAIM:  27,374.37 | |
| DALLAS, TX  75266-0618 | COMMENT:  $-PMT/CL-PL*750.01x37 MO/PL=28124.38@ALLY FNCL**NO$/SCH G*1 PMT RETRND | |

| | | |
|---|---|---|
| **HYUNDAI LEASE TITLING TRUST** | Trustee Claim Number:39  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| PO BOX 20825 | Court Claim Number:9 | ACCOUNT NO.:  3130 |
| | CLAIM:  16,344.90 | |
| FOUNTAIN VALLEY, CA  92728 | COMMENT:  NO$/SCH G*KIA MTR FNC/SCH*PMT/CL-PL W/ 37 REM MOS/PL | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:40  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:4 | ACCOUNT NO.:  3925 |
| PO BOX 10587 | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*CITIBANK*SEARS*STALE CL $4,340.94 W/D*DOC 40 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:6 | ACCOUNT NO.:  2904 |
| PO BOX 10587 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*1ST BNK OF DL*TRIBUTE MC*STALE CL $580.03 W/D*DOC 39 | |

| | | |
|---|---|---|
| **KML LAW GROUP PC\*** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  PENNYMAC/PRAE | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC\*** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:24 | ACCOUNT NO.:  7729 |
| | CLAIM:  8,019.38 | |
| CHICAGO, IL  60677-2813 | COMMENT:  NT/SCH*SYNCHRONY*JCP MC*REF 3537547420 | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC\*** | Trustee Claim Number:44  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:28 | ACCOUNT NO.:  4840 |
| | CLAIM:  4,592.88 | |
| CHICAGO, IL  60677-2813 | COMMENT:  NT/SCH*SYNCHRONY HOME*REF 3537506669 | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGENT** | Trustee Claim Number:45  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:29 | ACCOUNT NO.:  0001 |
| | CLAIM:  190.00 | |
| HOUSTON, TX  77210-4457 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY(\*)** | Trustee Claim Number:46  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:35 | ACCOUNT NO.:  4172 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM:  110.17 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **PENNYMAC LOAN SERVICES LLC** | Trustee Claim Number:47  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| PO BOX 660929 | Court Claim Number:36-2 | ACCOUNT NO.:  8094 |
| | CLAIM:  1,109.15 | |
| DALLAS, TX  75266-0929 | COMMENT:  $/CL-PL*THRU 1/20*AMD | |

| | | |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number:48  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  ALLY BANK LEASE/PRAE | |