**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  WILLIAM M. ROLLEY<br>TRACEY LYNN ROLLEY<br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>        vs.<br>WILLIAM M. ROLLEY<br>TRACEY LYNN ROLLEY<br><br>      Respondents | Case No. 20-20228CMB<br><br>Chapter 13<br><br>Document No. 118 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __29th__ day of __January__, 20__25__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Magee Women'S Hospital Of Upmc
Attn: Payroll Administrator
600 Grant Street. Floor 56
Pittsburgh, PA 15219

is hereby ordered to immediately terminate the attachment of the wages of TRACEY LYNN ROLLEY, social security number XXX-XX-8772. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TRACEY LYNN ROLLEY.

BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney

_Carlota M. Böhm_    glb
Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
1/29/25 11:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William M. Rolley  
Tracey Lynn Rolley  
    Debtors

Case No. 20-20228-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Jan 29, 2025     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William M. Rolley, Tracey Lynn Rolley, 319 Drexel Drive, Monroeville, PA 15146-1511 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

Denise Carlon  
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com

Keri P. Ebeck  
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee  
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour  
    cmecf@chapter13trusteewdpa.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 29, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Scott R. Lowden
    on behalf of Joint Debtor Tracey Lynn Rolley lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Debtor William M. Rolley lowdenscott@gmail.com

TOTAL: 7