| Fill in this information to identify the case: |
|---|
| Debtor 1      William M. Rolley |
| Debtor 2      Tracey Lynn Rolley (Spouse, if filing) |
| United States Bankruptcy Court for the: Western District of PA |
| Case number   20-20228 CMB |

## Form 4100R

## Response to Notice of Final Cure Payment                               10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:**    PENNYMAC LOAN SERVICES, LLC           **Court claim no.** (if known):   36-1

**Last 4 digits** of any number you use to identify the debtor's account:    8094
**Property address:**
    319 Drexel Drive
    Monroeville, PA 15146

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    04 / 01 / 2025

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:                                     (a)    $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:          + (b)    $ _____
c. **Total.** Add lines a and b.                                                      (c)    $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Document ID: 82751de03e7ec884e230fd5fec4c2fa40b582bd73d2ae8178b9e89063f03c2e7

Debtor(s)    William M. Rolley and Tracey Lynn Rolley    Case Number *(if known)*: 20-20228 CMB
First Name    Middle Name    Last Name

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

 /s/ Denise Carlon

Denise Carlon
17 Mar 2025, 12:54:20, EDT

Date    03/17/2025

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tracey Lynn Rolley fka Tracey L. Marsden<br>William M. Rolley<br>　　　　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　　　　Movant<br>　　vs.<br><br>Tracey Lynn Rolley fka Tracey L. Marsden<br>William M. Rolley<br>　　　　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour,<br>　　　　　　　　　　Trustee | BK NO. 20-20228 CMB<br><br>Chapter 13<br><br>Related to Claim No. 36-1 |

**CERTIFICATE OF SERVICE**
**RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT**

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 20, 2025</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Tracey Lynn Rolley fka Tracey L. Marsden
319 Drexel Drive
Monroeville, PA 15146

William M. Rolley
319 Drexel Drive
Monroeville, PA 15146

<u>Attorney for Debtor(s) (via ECF)</u>
Scott R. Lowden, Esq.
100 Heathmore Avenue
Pittsburgh, PA 15227

<u>Trustee (via ECF)</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail

Dated: <u>March 20, 2025</u>

　　　　　　　　　　　　　　　　　　　　　　**/s/ Denise Carlon**
　　　　　　　　　　　　　　　　　　　　　　Denise Carlon Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com