**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM M. ROLLEY<br>TRACEY LYNN ROLLEY<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:20-20228<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 26, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/21/2020 and confirmed on 3/2/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 144,629.15 |
| Less Refunds to Debtor | 1,773.31 | |
| TOTAL AMOUNT OF PLAN FUND | | 142,855.84 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 12,662.32 | |
|   Trustee Fee | 7,161.34 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 19,823.66 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 63,994.94 | 0.00 | 63,994.94 |
|     Acct: 8094 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 1,109.15 | 1,109.15 | 0.00 | 1,109.15 |
|     Acct: 8094 | | | | |
| | | | | 65,104.09 |
| **Priority** | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM M. ROLLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM M. ROLLEY | 1,506.00 | 1,506.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM M. ROLLEY | 267.31 | 267.31 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOTERO & LOWDEN PC** | 2,575.00 | 2,575.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOTERO & LOWDEN PC** | 4,515.16 | 4,515.16 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX5-22 | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT R LOWDEN ESQ** | 5,572.16 | 5,572.16 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX0/23 | | | | |
|   ALLY BANK LEASE TRUST** | 27,374.37 | 27,374.37 | 0.00 | 27,374.37 |
|     Acct: 6175 | | | | |
|   HYUNDAI LEASE TITLING TRUST | 16,344.90 | 16,344.90 | 0.00 | 16,344.90 |
|     Acct: 3130 | | | | |
| | | | | 43,719.27 |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** | 11,825.41 | 1,458.55 | 0.00 | 1,458.55 |
|     Acct: 4470 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 1,984.26 | 244.74 | 0.00 | 244.74 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 8500 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 2,390.80 | 294.88 | 0.00 | 294.88 |
| | Acct: 6904 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 4,831.37 | 595.90 | 0.00 | 595.90 |
| | Acct: 2722 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 606.05 | 74.75 | 0.00 | 74.75 |
| | Acct: 2881 | | | | |
| | LVNV FUNDING LLC | 923.52 | 113.91 | 0.00 | 113.91 |
| | Acct: 5461 | | | | |
| | LVNV FUNDING LLC | 1,682.92 | 207.57 | 0.00 | 207.57 |
| | Acct: 3356 | | | | |
| | RESURGENT RECEIVABLES LLC | 5,173.37 | 638.08 | 0.00 | 638.08 |
| | Acct: 1244 | | | | |
| | LVNV FUNDING LLC | 675.98 | 83.38 | 0.00 | 83.38 |
| | Acct: 4291 | | | | |
| | LVNV FUNDING LLC | 2,951.24 | 364.01 | 0.00 | 364.01 |
| | Acct: 8584 | | | | |
| | DISCOVER BANK(*) | 3,481.77 | 429.44 | 0.00 | 429.44 |
| | Acct: 7757 | | | | |
| | DISCOVER BANK(*) | 1,301.95 | 160.58 | 0.00 | 160.58 |
| | Acct: 1340 | | | | |
| | HSBC BANK USA NA | 3,966.97 | 489.29 | 0.00 | 489.29 |
| | Acct: 1728 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 5,611.11 | 692.07 | 0.00 | 692.07 |
| | Acct: 1742 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CHA | 592.67 | 73.10 | 0.00 | 73.10 |
| | Acct: 8364 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CHA | 8,466.84 | 1,044.30 | 0.00 | 1,044.30 |
| | Acct: 9565 | | | | |
| | LENDING CLUB CORP* | 18,838.04 | 2,323.48 | 0.00 | 2,323.48 |
| | Acct: 3531 | | | | |
| | PCA ACQUISITIONS V LLC | 2,274.42 | 280.53 | 0.00 | 280.53 |
| | Acct: 9374 | | | | |
| | UPMC HEALTH SERVICES | 254.13 | 31.34 | 0.00 | 31.34 |
| | Acct: 8772 | | | | |
| | RBS CITIZENS NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PCA ACQUISITIONS V LLC | 1,014.89 | 125.18 | 0.00 | 125.18 |
| | Acct: 5979 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 1,116.10 | 137.66 | 0.00 | 137.66 |
| | Acct: 8157 | | | | |
| | PCA ACQUISITIONS V LLC | 2,738.66 | 337.79 | 0.00 | 337.79 |
| | Acct: 0444 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 4,413.69 | 544.38 | 0.00 | 544.38 |
| | Acct: 3847 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 1,851.84 | 228.41 | 0.00 | 228.41 |
| | Acct: 4948 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 1,061.52 | 130.93 | 0.00 | 130.93 |
| | Acct: 3270 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 7,290.13 | 899.16 | 0.00 | 899.16 |
| | Acct: 3936 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 2,013.48 | 248.34 | 0.00 | 248.34 |
| | Acct: 3516 | | | | |
| | PCA ACQUISITIONS V LLC | 2,590.25 | 319.48 | 0.00 | 319.48 |
| | Acct: 5978 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 364.61 | 44.97 | 0.00 | 44.97 |
| | Acct: 4162 | | | | |
| | WAL MART | 0.00 | 0.00 | 0.00 | 0.00 |

20-20228 Page 3 of 3

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Unsecured** | | | | |
| Acct: | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3925 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2904 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 8,019.38 | 989.11 | 0.00 | 989.11 |
| Acct: 7729 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 4,592.88 | 566.49 | 0.00 | 566.49 |
| Acct: 4840 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 190.00 | 23.43 | 0.00 | 23.43 |
| Acct: 0001 | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 110.17 | 13.59 | 0.00 | 13.59 |
| Acct: 4172 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9374 | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   NES BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 14,208.82 |

**TOTAL PAID TO CREDITORS**                                                         123,032.18

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 43,719.27 |
| SECURED | 1,109.15 |
| UNSECURED | 115,200.42 |

Date: 03/26/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
WILLIAM M. ROLLEY
TRACEY LYNN ROLLEY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-20228

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20228-CMB |
| William M. Rolley | Chapter 13 |
| Tracey Lynn Rolley | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 27, 2025 | Form ID: pdf900 | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William M. Rolley, Tracey Lynn Rolley, 319 Drexel Drive, Monroeville, PA 15146-1511 |
| 15186992 | | Kia Finance, PO Box 660891, Louisville, KY 40290 |
| 15186995 | | Magee Women's Hospital, c/o CMC, PO Box 16436, Pittsburgh, PA 15242 |
| 15187009 | + | Victoria/Comenity Bank, PO Box 182798, Columbus, OH 43218-2798 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 28 2025 00:16:04 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 28 2025 00:16:27 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2025 00:17:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15186976 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 28 2025 00:12:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 15226681 | | Email/Text: ally@ebn.phinsolutions.com | Mar 28 2025 00:12:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 15186977 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 28 2025 00:12:00 | Bank of America, PO Box 982234, El Paso, TX 79998 |
| 15192166 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 28 2025 00:13:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15186978 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 28 2025 00:13:00 | Barclays Bank Delaware, POB 8803, Wilmington, DE 19899-8803 |
| 15186980 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2025 00:28:05 | Capital One Bank, PO Box 85015, Richmond, VA 23285 |
| 15212272 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 28 2025 00:12:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 15186998 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 28 2025 00:12:00 | RBS Citizens, NA, 1000 Lafayette Blvd., Bridgeport, CT 06604 |
| 15186979 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2025 00:17:23 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15194236 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2025 00:17:18 | Capital One Bank (USA), N.A., by American |

| | | | | |
|---|---|---|---|---|
| | | | | InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15186981 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2025 00:17:19 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15186982 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2025 00:16:42 | Citicards CBNA, 5800 South Corporate, Sioux Falls, SD 57108-5027 |
| 15186983 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 28 2025 00:12:00 | Citizans Bank, PO Box 7092, Bridgeport, CT 06601-7092 |
| 15186984 | + | Email/Text: mediamanagers@clientservices.com | Mar 28 2025 00:12:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 15186986 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2025 00:27:56 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15186985 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2025 00:16:28 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15186987 | | Email/Text: mrdiscen@discover.com | Mar 28 2025 00:12:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 15190285 | | Email/Text: mrdiscen@discover.com | Mar 28 2025 00:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15223780 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 28 2025 00:14:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15186988 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Mar 28 2025 00:12:00 | HSBC Bank, 95 Washington St., Buffalo, NY 14203-3006 |
| 15222221 | ^ | MEBN | Mar 28 2025 00:07:34 | HSBC Bank USA, N.A., 2929 Walden Ave C17, Attn:Business Services, Depew, NY 14043-2690 |
| 15196776 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 28 2025 00:14:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 15220178 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2025 00:14:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15186990 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 28 2025 00:16:00 | JPMCB, PO Box 15369, Wilmington, DE 19850-5369 |
| 15186991 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 28 2025 00:15:56 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15204847 | + | Email/Text: RASEBN@raslg.com | Mar 28 2025 00:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15186989 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2025 00:13:00 | Jared/Comenity Bank, PO Box 1822789, Columbus, OH 43218 |
| 15194125 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2025 00:16:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15186993 | + | Email/Text: Documentfiling@lciinc.com | Mar 28 2025 00:12:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15186994 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:16:26 | Lowes, PO Box 965036, Orlando, FL 32896-5036 |
| 15186996 | ^ | MEBN | Mar 28 2025 00:08:42 | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 15199491 | | Email/Text: inveniobkt@phillips-cohen.com | Mar 28 2025 00:13:00 | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801 |
| 15204190 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2025 00:16:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15186997 | + | Email/PDF: ebnotices@pnmac.com | Mar 28 2025 00:16:09 | PennyMac, PO Box 514387, Los Angeles, CA |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 90051-4387 |
| 15225194 | + | Email/PDF: ebnotices@pnmac.com | Mar 28 2025 00:16:35 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15221442 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2025 00:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 16469939 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2025 00:16:34 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15186999 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:27:39 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15187000 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:16:26 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15187001 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:15:55 | SYNCB/JCP, PO Box 965007, Orlando, FL 32896-5007 |
| 15187002 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:16:34 | SYNCB/Ntwk, PO Box 965036, Orlando, FL 32896-5036 |
| 15187003 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:17:03 | SYNCB/Pep Boys, PO Box 965068, Orlando, FL 32896-5068 |
| 15187004 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:16:10 | SYNCB/QVC, PO Box 965018, Orlando, FL 32896-5018 |
| 15187005 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:16:26 | SYNCB/Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |
| 15187006 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:15:56 | SYNCB/Scorerewards, PO Box 965036, Orlando, FL 32896-5036 |
| 15187007 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:17:23 | SYNCB/TJ Max, PO Box 965036, Orlando, FL 32896-5036 |
| 15187008 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:17:22 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15187413 | ^ | MEBN | Mar 28 2025 00:09:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15210533 | | Email/Text: BNCnotices@dcmservices.com | Mar 28 2025 00:13:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15220656 | | Email/PDF: ebn_ais@aisinfo.com | Mar 28 2025 00:16:03 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15187010 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:17:11 | Walmart, PO Box 965024, Orlando, FL 32896-5024 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LVNV Funding, LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15199492 | *P++ | PCA ACQUISITIONS V LLC, 1002 JUSTION STREET, WILMINGTON DE 19801-5148, address filed with court:, PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 29, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Joint Debtor Tracey Lynn Rolley lowdenscott@gmail.com |
| Scott R. Lowden | on behalf of Debtor William M. Rolley lowdenscott@gmail.com |

TOTAL: 7