| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | William M. Rolley<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–1150<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Tracey Lynn Rolley<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–8772<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 20–20228–CMB | |

## Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William M. Rolley                                    Tracey Lynn Rolley
                                                     fka Tracey L. Marsden

5/14/25                                              **By the court:** Carlota M Bohm
                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William M. Rolley  
Tracey Lynn Rolley  
    Debtors

Case No. 20-20228-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: May 14, 2025      Form ID: 3180W      Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William M. Rolley, Tracey Lynn Rolley, 319 Drexel Drive, Monroeville, PA 15146-1511 |
| 15186992 | | Kia Finance, PO Box 660891, Louisville, KY 40290 |
| 15186995 | | Magee Women's Hospital, c/o CMC, PO Box 16436, Pittsburgh, PA 15242 |
| 15187009 | + | Victoria/Comenity Bank, PO Box 182798, Columbus, OH 43218-2798 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 15 2025 04:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 15 2025 04:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | May 15 2025 04:05:00 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | May 15 2025 04:05:00 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | May 15 2025 04:05:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15186976 | + | EDI: GMACFS.COM | May 15 2025 04:05:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 15226681 | | EDI: GMACFS.COM | May 15 2025 04:05:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 15186977 | | EDI: BANKAMER | May 15 2025 03:59:00 | Bank of America, PO Box 982234, El Paso, TX 79998 |
| 15192166 | + | EDI: BANKAMER2 | May 15 2025 04:05:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15186978 | + | EDI: TSYS2 | May 15 2025 04:05:00 | Barclays Bank Delaware, POB 8803, Wilmington, DE 19899-8803 |
| 15186980 | | EDI: CAPITALONE.COM | May 15 2025 04:05:00 | Capital One Bank, PO Box 85015, Richmond, VA 23285 |
| 15212272 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 15 2025 00:07:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |

Case 20-20228-CMB    Doc 135    Filed 05/16/25    Entered 05/17/25 00:32:01    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: 3180W | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| 15186998 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 15 2025 00:07:00 | RBS Citizens, NA, 1000 Lafayette Blvd., Bridgeport, CT 06604 |
| 15186979 | + | EDI: CAPITALONE.COM | May 15 2025 04:05:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15194236 | | EDI: CAPITALONE.COM | May 15 2025 04:05:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15186981 | + | EDI: CITICORP | May 15 2025 04:05:00 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15186982 | + | EDI: CITICORP | May 15 2025 04:05:00 | Citicards CBNA, 5800 South Corporate, Sioux Falls, SD 57108-5027 |
| 15186983 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | May 15 2025 00:07:00 | Citizans Bank, PO Box 7092, Bridgeport, CT 06601-7092 |
| 15186984 | + | Email/Text: mediamanagers@clientservices.com | May 15 2025 00:07:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 15186986 | + | Email/PDF: creditonebknotifications@resurgent.com | May 15 2025 00:17:48 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15186985 | + | Email/PDF: creditonebknotifications@resurgent.com | May 15 2025 00:31:15 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15186987 | | EDI: DISCOVER | May 15 2025 04:05:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 15190285 | | EDI: DISCOVER | May 15 2025 04:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15223780 | + | Email/Text: kburkley@bernsteinlaw.com | May 15 2025 00:09:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15186988 | + | EDI: HFC.COM | May 15 2025 03:59:00 | HSBC Bank, 95 Washington St., Buffalo, NY 14203-3006 |
| 15222221 | ^ | MEBN | May 15 2025 00:05:32 | HSBC Bank USA, N.A., 2929 Walden Ave C17, Attn:Business Services, Depew, NY 14043-2690 |
| 15196776 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 15 2025 00:09:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 15220178 | | EDI: JEFFERSONCAP.COM | May 15 2025 04:05:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15186990 | + | EDI: JPMORGANCHASE | May 15 2025 04:05:00 | JPMCB, PO Box 15369, Wilmington, DE 19850-5369 |
| 15186991 | + | EDI: JPMORGANCHASE | May 15 2025 04:05:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15204847 | + | Email/Text: RASEBN@raslg.com | May 15 2025 00:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15186989 | | EDI: WFNNB.COM | May 15 2025 04:05:00 | Jared/Comenity Bank, PO Box 1822789, Columbus, OH 43218 |
| 15194125 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 00:17:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15186993 | + | EDI: LENDNGCLUB | May 15 2025 04:05:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15186994 | + | EDI: SYNC | May 15 2025 04:05:00 | Lowes, PO Box 965036, Orlando, FL 32896-5036 |
| 15186996 | ^ | MEBN | May 15 2025 00:06:43 | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 15199491 | | Email/Text: inveniobkt@phillips-cohen.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: 3180W | Total Noticed: 60 |

|  |  |  | May 15 2025 00:07:00 | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801 |
|---|---|---|---|---|
| 15204190 |  | EDI: PRA.COM | May 15 2025 04:05:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15186997 | + | Email/PDF: ebnotices@pnmac.com | May 15 2025 00:17:46 | PennyMac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 15225194 | + | Email/PDF: ebnotices@pnmac.com | May 15 2025 00:18:47 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15221442 |  | EDI: Q3G.COM | May 15 2025 04:05:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 16469939 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 00:17:42 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15186999 | + | EDI: SYNC | May 15 2025 04:05:00 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15187000 | + | EDI: SYNC | May 15 2025 04:05:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15187001 | + | EDI: SYNC | May 15 2025 04:05:00 | SYNCB/JCP, PO Box 965007, Orlando, FL 32896-5007 |
| 15187002 | + | EDI: SYNC | May 15 2025 04:05:00 | SYNCB/Ntwk, PO Box 965036, Orlando, FL 32896-5036 |
| 15187003 | + | EDI: SYNC | May 15 2025 04:05:00 | SYNCB/Pep Boys, PO Box 965068, Orlando, FL 32896-5068 |
| 15187004 | + | EDI: SYNC | May 15 2025 04:05:00 | SYNCB/QVC, PO Box 965018, Orlando, FL 32896-5018 |
| 15187005 | + | EDI: SYNC | May 15 2025 04:05:00 | SYNCB/Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |
| 15187006 | + | EDI: SYNC | May 15 2025 04:05:00 | SYNCB/Scorerewards, PO Box 965036, Orlando, FL 32896-5036 |
| 15187007 | + | EDI: SYNC | May 15 2025 04:05:00 | SYNCB/TJ Max, PO Box 965036, Orlando, FL 32896-5036 |
| 15187008 | + | EDI: SYNC | May 15 2025 04:05:00 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15187413 | ^ | MEBN | May 15 2025 00:07:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15210533 |  | Email/Text: BNCnotices@dcmservices.com | May 15 2025 00:08:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15220656 |  | EDI: AIS.COM | May 15 2025 04:05:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15187010 | + | EDI: SYNC | May 15 2025 04:05:00 | Walmart, PO Box 965024, Orlando, FL 32896-5024 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | LVNV Funding, LLC |
| cr |  | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: 3180W | Total Noticed: 60 |

15199492    *P++    PCA ACQUISITIONS V LLC, 1002 JUSTION STREET, WILMINGTON DE 19801-5148, address filed with court:, PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:**

**Name**           **Email Address**

Brian Nicholas
                   on behalf of Creditor PENNYMAC LOAN SERVICES  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

Denise Carlon
                   on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com

Keri P. Ebeck
                   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                   btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
                   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                   cmecf@chapter13trusteewdpa.com

Scott R. Lowden
                   on behalf of Joint Debtor Tracey Lynn Rolley lowdenscott@gmail.com

Scott R. Lowden
                   on behalf of Debtor William M. Rolley lowdenscott@gmail.com

TOTAL: 7