**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>WILLIAM M. ROLLEY<br>TRACEY LYNN ROLLEY<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>  vs.<br>No Repondents. | Case No.:20-20228<br><br>Chapter 13<br><br>Related to: Document No. 128<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this \_\_\_14th\_\_\_ day of \_\_\_May\_\_\_, 20\_25\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

SIGNED
5/14/25 8:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*      glb
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William M. Rolley  
Tracey Lynn Rolley  
    Debtors

Case No. 20-20228-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 4  
Date Rcvd: May 14, 2025    Form ID: pdf900    Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William M. Rolley, Tracey Lynn Rolley, 319 Drexel Drive, Monroeville, PA 15146-1511 |
| 15186992 | | Kia Finance, PO Box 660891, Louisville, KY 40290 |
| 15186995 | | Magee Women's Hospital, c/o CMC, PO Box 16436, Pittsburgh, PA 15242 |
| 15187009 | + | Victoria/Comenity Bank, PO Box 182798, Columbus, OH 43218-2798 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2025 00:18:53 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2025 00:45:18 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 00:18:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15186976 | + | Email/Text: ally@ebn.phinsolutions.com | May 15 2025 00:07:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 15226681 | | Email/Text: ally@ebn.phinsolutions.com | May 15 2025 00:07:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 15186977 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 15 2025 00:07:00 | Bank of America, PO Box 982234, El Paso, TX 79998 |
| 15192166 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 15 2025 00:08:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15186978 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 15 2025 00:08:00 | Barclays Bank Delaware, POB 8803, Wilmington, DE 19899-8803 |
| 15186980 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 00:44:27 | Capital One Bank, PO Box 85015, Richmond, VA 23285 |
| 15212272 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 15 2025 00:07:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 15186998 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 15 2025 00:07:00 | RBS Citizens, NA, 1000 Lafayette Blvd., Bridgeport, CT 06604 |
| 15186979 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 00:17:48 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15194236 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 00:18:47 | Capital One Bank (USA), N.A., by American |

Case 20-20228-CMB    Doc 136    Filed 05/16/25    Entered 05/17/25 00:32:01    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: pdf900 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| | | | | InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15186981 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2025 00:17:48 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15186982 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2025 00:30:27 | Citicards CBNA, 5800 South Corporate, Sioux Falls, SD 57108-5027 |
| 15186983 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | May 15 2025 00:07:00 | Citizans Bank, PO Box 7092, Bridgeport, CT 06601-7092 |
| 15186984 | + | Email/Text: mediamanagers@clientservices.com | May 15 2025 00:07:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 15186986 | + | Email/PDF: creditonebknotifications@resurgent.com | May 15 2025 00:30:03 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15186985 | + | Email/PDF: creditonebknotifications@resurgent.com | May 15 2025 00:17:42 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15186987 | | Email/Text: mrdiscen@discover.com | May 15 2025 00:07:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 15190285 | | Email/Text: mrdiscen@discover.com | May 15 2025 00:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15223780 | + | Email/Text: kburkley@bernsteinlaw.com | May 15 2025 00:09:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15186988 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | May 15 2025 00:07:00 | HSBC Bank, 95 Washington St., Buffalo, NY 14203-3006 |
| 15222221 | ^ | MEBN | May 15 2025 00:05:33 | HSBC Bank USA, N.A., 2929 Walden Ave C17, Attn:Business Services, Depew, NY 14043-2690 |
| 15196776 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 15 2025 00:09:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 15220178 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 15 2025 00:08:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15186990 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 15 2025 00:18:47 | JPMCB, PO Box 15369, Wilmington, DE 19850-5369 |
| 15186991 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 15 2025 00:44:55 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15204847 | + | Email/Text: RASEBN@raslg.com | May 15 2025 00:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15186989 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2025 00:08:00 | Jared/Comenity Bank, PO Box 1822789, Columbus, OH 43218 |
| 15194125 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 00:18:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15186993 | + | Email/Text: Documentfiling@lciinc.com | May 15 2025 00:07:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15186994 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:29:08 | Lowes, PO Box 965036, Orlando, FL 32896-5036 |
| 15186996 | ^ | MEBN | May 15 2025 00:06:45 | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 15199491 | | Email/Text: inveniobkt@phillips-cohen.com | May 15 2025 00:07:00 | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801 |
| 15204190 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 00:17:42 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15186997 | + | Email/PDF: ebnotices@pnmac.com | May 15 2025 00:18:19 | PennyMac, PO Box 514387, Los Angeles, CA |

Case 20-20228-CMB    Doc 136    Filed 05/16/25    Entered 05/17/25 00:32:01    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: pdf900 | Total Noticed: 58 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 90051-4387 |
| 15225194 | + | Email/PDF: ebnotices@pnmac.com | May 15 2025 00:17:45 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15221442 | | Email/Text: bnc-quantum@quantum3group.com | May 15 2025 00:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 16469939 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 00:18:09 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15186999 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 01:09:11 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15187000 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:43:52 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15187001 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:17:42 | SYNCB/JCP, PO Box 965007, Orlando, FL 32896-5007 |
| 15187002 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:45:18 | SYNCB/Ntwk, PO Box 965036, Orlando, FL 32896-5036 |
| 15187003 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:18:53 | SYNCB/Pep Boys, PO Box 965068, Orlando, FL 32896-5068 |
| 15187004 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:18:53 | SYNCB/QVC, PO Box 965018, Orlando, FL 32896-5018 |
| 15187005 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:18:41 | SYNCB/Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |
| 15187006 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:45:19 | SYNCB/Scorerewards, PO Box 965036, Orlando, FL 32896-5036 |
| 15187007 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:47:07 | SYNCB/TJ Max, PO Box 965036, Orlando, FL 32896-5036 |
| 15187008 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:31:13 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15187413 | ^ | MEBN | May 15 2025 00:07:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15210533 | | Email/Text: BNCnotices@dcmservices.com | May 15 2025 00:08:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15220656 | | Email/PDF: ebn_ais@aisinfo.com | May 15 2025 00:18:19 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15187010 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:43:58 | Walmart, PO Box 965024, Orlando, FL 32896-5024 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LVNV Funding, LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15199492 | *P++ | PCA ACQUISITIONS V LLC, 1002 JUSTION STREET, WILMINGTON DE 19801-5148, address filed with court:, PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: May 14, 2025 | Form ID: pdf900 | Total Noticed: 58 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2025        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

Denise Carlon
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Joint Debtor Tracey Lynn Rolley lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Debtor William M. Rolley lowdenscott@gmail.com

TOTAL: 7